460 A.2d 845

Commonwealth v. Ward, Appellant.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.
Order affirmed.

460 A.2d 845

Commonwealth v. White, Appellant.

Before HESTER, JOHNSON and POPOVICH, JJ.
Judgment of sentence affirmed.